1
2
3
4
5
6
7
8
9
10              UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12

DON JUAN CORNELIUS,                    )    1:03-CV-05677 AWI SMS HC
13                                     )
                    Petitioner,        )    ORDER ADOPTING FINDINGS AND
14                                     )    RECOMMENDATION
                                       )    [Doc. #30]
15       v.                            )
                                       )    ORDER DENYING PETITION FOR WRIT
16                                     )    OF HABEAS CORPUS
EDWARD ALAMEIDA, Director,             )
17                                     )    ORDER DIRECTING CLERK OF COURT
                    Respondent.        )    TO ENTER JUDGMENT
18  _____)

19

20          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2254.
21
            On August 8, 2006, the Magistrate Judge issued a Findings and Recommendation that
22
recommended the petition for writ of habeas corpus be DENIED. The Magistrate Judge further
23
recommended that the Clerk of Court be DIRECTED to enter judgment. This Findings and
24
Recommendation was served on all parties and contained notice that any objections to the Findings
25
and Recommendation were to be filed within thirty (30) days of the date of service of the order.
26
Over thirty (30) days have passed and no party has filed objections.
27
            In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de*
28

*novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued August 8, 2006, is ADOPTED IN FULL;

2. The Petition for Writ of Habeas Corpus is DENIED with prejudice; and

3. The Clerk of the Court is DIRECTED to enter judgment for Respondent.

IT IS SO ORDERED.

**Dated:    October 12, 2006**                     _____/s/ Anthony W. Ishii_____
0m8i78                                                    UNITED STATES DISTRICT JUDGE